# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. LEWIS, | Case No. 1:22-cv-00498-DAD-SAB |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. | |
| MADERA POLICE DEPARTMENT, | **DEADLINE: JUNE 13, 2022** |
| Defendant. | |

Plaintiff Lisa M. Lewis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application to Plaintiff;

2. No later than **June 13, 2022**, Plaintiff shall either: (1) pay the $402.00 filing fee for this action, or (2) submit an application to proceed *in forma pauperis* without prepayment of the fee; and

///

///

1

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __**April 28, 2022**__

UNITED STATES MAGISTRATE JUDGE