UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA POLICE DEPARTMENT,<br><br>　　　　　　Defendant. | No.  1:22-cv-00498-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 3) |

　　　　Plaintiff Lisa M. Lewis, proceeding *pro se*, initiated this action on April 27, 2022.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Plaintiff did not submit an application to proceed *in forma pauperis* and did not otherwise pay the required filing fee to proceed in this action.  On April 29, 2022, the court ordered plaintiff to submit an application to procced *in forma pauperis* or to pay the required filing fee by June 13, 2022.  (Doc. No. 2.)  Plaintiff did neither.  On June 21, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with the court's April 29, 2022 order. (Doc. No. 3.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  To date, no objections have been filed with the court and the time in which to do so has since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 21, 2022 (Doc. No. 3) are adopted in full;
2. This action is dismissed due to plaintiff's failure to pay the required filing fee, failure to prosecute, and failure comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 12, 2022**                               *Dale A. Drozd*
                                                      UNITED STATES DISTRICT JUDGE